# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0253
_____

MICHAEL FLOYD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED. *See Gore v. State*, 32 So. 3d 614 (Fla. 2010); *Consalvo v. State*, 3 So. 3d 1014 (Fla. 2009).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Krista A. Dolan and Seth E. Miller, Innocence Project of Florida, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.